IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SHAWN SHEPPARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHS/COMMUNITY HEALTH SYSTEMS, | ) |
| INC. RETIREMENT SAVINGS PLAN, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 1:14-CV-037-C |

## ORDER

Came on for consideration the Motion to Dismiss filed August 19, 2014, by Defendant Principal Life Insurance Company, d/b/a Principal Financial Group, pursuant to Federal Rule of Civil Procedure 12(b)(6). The deadline for filing a response was September 9, 2014. Plaintiff failed to file a response. There being no response on file in opposition, the Court considers the Motion to be unopposed. Thus, the Court finds that the Motion to Dismiss filed by Defendant Principal Life Insurance Company, d/b/a Principal Financial Group should be **GRANTED**.

SO ORDERED.

Dated this ___1st___ day of October, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE